GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff
Farm and Trade, Inc.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM AND TRADE, INC. | Case No.  2:14-CV-00415-MCE-CMK |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | |
| FARMTRADE, LLC, a North Carolina Limited Liability Company; and DOES 1 through 25, inclusive, | Action Filed:  February 7, 2014 |
| Defendants. | |

    Plaintiff Farm and Trade, Inc. ("Plaintiff") and Defendant FarmTrade, LLC ("Defendant") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

    WHEREAS, on February 7, 2014, Plaintiff filed a Complaint for Trademark Infringement, Declaratory Relief, Cancellation of Trademark Registration and Related Claims ("Complaint", Dkt. No. 1) involving United States Trademark Registration No. 85931184 ("Trademark") with the clerk of the District Court for the Eastern District of California;

    WHEREAS, on May 13, 2014, Plaintiff filed a First Amended Complaint for Trademark Infringement, Declaratory Relief, Cancellation of Trademark Registration and Related Claims(Dkt. No. 15).

    WHEREAS, on December 11, 2014, Plaintiff filed a Second Amended Complaint for Trademark Infringement, Declaratory Relief, Cancellation of Trademark Registration and Related Claims(Dkt. No. 29).



**JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**

WHEREAS, on April 24, 2015, Defendant filed an Answer to Second Amended Complaint (Dkt. No. 38).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties hereto that:

1) all claims in the above-captioned action are hereby dismissed with prejudice by settlement agreement of the Parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with this court retaining jurisdiction to enforce the settlement agreement; and

2) that the Parties shall each bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  January 13, 2016     **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By:      /s/GLENN W. PETERSON
              GLENN W. PETERSON

Attorneys for Plaintiff, Farm and Trade, Inc.

DATED:  January 13, 2016     **AVYNO LAW, P.C.**

By:      /s/EDWARD F. O'CONNOR
              EDWARD F. O'CONNOR
       (AUTHORIZED ON JANUARY 13, 2016)

Attorneys for Defendant Farmtrade, LLC

**ORDER**

Pursuant to the foregoing stipulation, all claims in the above-captioned action are hereby dismissed with prejudice as authorized by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with this court retaining jurisdiction to enforce the settlement agreement. The parties shall each bear their own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

**Dated:  January 21, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT